Misc. No. 12–8001/NA.   Frank D. Wuterich, Appellant v. David M. Jones, Lieutenant Colonel, United States Marine Corps, in his official capacity as Military Judge, and The United States, Appellees.   CCA 200800183.   On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied.